Form ntcabuse

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **09−72017−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Gheorgean Ursu
  3821 New Boston Dr.
  Sterling Heights, MI 48314

Social Security No.:
  xxx−xx−4290

Employer's Tax I.D. No.:

**CLERK'S NOTICE OF PRESUMED ABUSE UNDER 11 U.S.C. § 707(B)(2)**

The Statement of Current Monthly Income and Means Test Calculation, filed by the debtor, indicates that a presumption of abuse has arisen under § U.S.C. 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated: 10/19/09

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT